**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WINDOW GENIE SPV LLC,
d/b/a/ WINDOW GENIE as
successor-in-interest to FOR
FRANCHISING, LLC,

      Plaintiff,

v.                                                                Case No. 3:24-cv-355-MMH-PDB

MD-1, LLC and DRAGAN
MALESEVIC,

      Defendants.
_____/

## O R D E R

    **THIS CAUSE** is before the Court on the Joint Motion for Entry of Permanent Consent Injunction (Doc. 38; Motion), filed on June 10, 2025. In the Motion, the parties seek the entry of a proposed Consent Permanent Injunction and Order (Doc. 38-1; Proposed Consent Injunction). Upon review, the Court is unable to approve and enter the Proposed Consent Injunction in its current form as it fails to comply with the requirements of Rule 65 of the Federal Rules of Civil Procedure (Rule(s)). As such, the Court will deny the motion without prejudice to the filing of a renewed motion that incorporates the following revisions.

The Proposed Consent Injunction is divided into three separate injunctive provisions. <u>See</u> Proposed Consent Injunction at 1-2. Each provision begins by identifying the individuals who will be bound by the injunction. <u>Id.</u> Although the parties use language that is generally consistent with subparagraphs (A)–(C) of Rule 65(d)(2), they fail to include the limiting language at the outset of Rule 65(d)(2) that an injunction binds only those persons "who receive actual notice of it by personal service or otherwise." <u>See</u> Rule 65(d)(2). To ensure that any injunction entered by the Court accurately reflects those persons who are bound by its directives, the parties must insert language in these paragraphs which limits the reach of the injunction to only those persons who receive actual notice.

In addition, certain provisions of the Proposed Consent Injunction prohibit Defendants and related persons from engaging in conduct using terms that are undefined or refer to other documents. For example, the parties propose enjoining Defendants from infringing "any or all of the Window Genie Marks," and from using or disclosing any of Window Genie's "confidential and/or proprietary franchise information . . . ." <u>See</u> Proposed Consent Injunction at 1-2. However, the parties fail to identify the Window Genie Marks or define what constitutes Window Genie's confidential and/or proprietary franchise information in the Proposed Consent Injunction. In addition, the Proposed Consent Injunction refers to "zip codes identified in the Settlement Agreement

entered into between the parties . . . ." Id. at 2-3.  Significantly, Rule 65(d)(1) directs that every order granting an injunction must "describe in reasonable detail—and not by referring to the complaint or other document—the act or acts restrained or required." See Rule 65(d)(1)(C) (emphasis added).  As such, to comply with Rule 65(d)(1)(C), the parties must modify the Proposed Consent Injunction to describe in reasonable detail the acts restrained without referring to the complaint or other document.

Last, the Court observes that the Proposed Consent Injunction does not specify or otherwise limit the duration of the first injunctive provision.  See Proposed Consent Injunction at 1.  The Court is not inclined to enforce this provision of the Proposed Consent Judgment into perpetuity.  Any revised Proposed Consent Injunction must contain a provision limiting the duration of this injunctive relief to a reasonable timeframe as appropriate under the facts of this case.

Accordingly, it is

**ORDERED:**

1. The Joint Motion for Entry of Permanent Consent Injunction (Doc. 38) is **DENIED without prejudice** to filing a renewed motion with a revised Proposed Consent Injunction that complies with the requirements of this Order.

2. The parties shall have up to and including **July 24, 2025**, to file the renewed motion.

   **DONE AND ORDERED** in Jacksonville, Florida this 3rd day of July, 2025.

*Marcia Morales Howard*

**MARCIA MORALES HOWARD**
United States District Judge

lc11
Copies to:

Counsel of Record