## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## (JACKSONVILLE DIVISION)

| | |
|---|---|
| WINDOW GENIE SPV LLC d/b/a WINDOW GENIE as successor-in-interest to FOR FRANCHISING, LLC, | CASE NO. 3:24-CV-00355-MMH-PDB |
| Plaintiff, | **(UNOPPOSED)** |
| v. | |
| MD-1, LLC and DRAGAN MALESEVIC, | |
| Defendants. | |

### RENEWED JOINT MOTION FOR ENTRY OF PERMANENT CONSENT INJUNCTION

Plaintiff Window Genie SPV LLC and Defendants MD-1, LLC and Dragan Malesevic (collectively, the "Parties"), by and through their respective counsel, jointly move this Court pursuant to the Federal Rules of Civil Procedure and the Settlement Agreement between the Parties, for the entry of the attached proposed Permanent Consent Injunction.

**WHEREFORE,** the Parties respectfully request that the Court grant this Renewed Joint Motion for Entry of Permanent Consent Injunction, enter the proposed Permanent Consent Injunction attached hereto as **Exhibit 1**, and for such other further relief as this Court deems necessary or appropriate.

## MEMORANDUM OF LAW

This case involves a franchise dispute between a franchisor, its former franchisee, and the former franchisee's guarantor related to, among other things, the operation of a competing business in alleged violation of certain restrictive covenants contained within the franchise agreement and the alleged use of the franchisor's trade secrets and other confidential information. On or about April 17, 2024, Plaintiff filed the Complaint in this action. In response, on or about May 23, 2024, Defendants filed an Answer and Counterclaim. Thereafter, the parties engaged in discovery. On April 23, 2025, the Parties engaged in mediation and were able to subsequently resolve this litigation. As part of the resolution, the Parties agreed to the entry of the Permanent Consent Injunction.

On June 10, 2025, the Parties filed an initial Joint Motion for Entry of Permanent Consent Injunction (Doc. 38). By way of Order dated July 3, 2025 (the "July Order"), the Court denied the motion without prejudice and outlined certain requirements that must be met with respect to the proposed consent order. This July Order also permitted the parties to file a renewed motion with a Revised Proposed Consent Order that complies with the requirements set forth in the July Order by July 24, 2025.

The Parties have since addressed the requirements set forth in the July Order and respectfully request that this Court enter the proposed revised Permanent Consent

Injunction submitted herewith (*see* Ex. 1).

        Respectfully submitted,

        WINDOW GENIE SPV LLC

        By its attorneys,

        */s/ Andrew R. Schindler*
        Andrew R. Schindler (FBN 124845)
        GORDON REES SCULLY MANSUKHANI, LLP
        100 SE 2nd Street, Suite 3900
        Miami, Florida 33131
        T: (305) 428-5329
        *aschindler@grsm.com*

        - AND –

        MD-1, LLC and DRAGAN MALESEVIC,

        By their attorney,

        */s/ Eric Lee*
        Eric Lee (FBN 961299)
        LEE & AMTZIS, P.L.
        5550 Glades Road, Suite 401
        Boca Raton, Florida 33431
        T: (561) 981-9988
        *lee@leeamlaw.com*

Dated: July 14, 2025

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 14, 2025 a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

              */s/ Andrew R. Schindler*