## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| WINDOW GENIE SPV LLC d/b/a WINDOW GENIE as successor-in-interest to FOR FRANCHISING, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>MD-1, LLC and DRAGAN MALESEVIC,<br><br>           Defendants. | CASE NO. 3:24-CV-00355-MMH-PDB |

## CONSENT PERMANENT INJUNCTION AND ORDER

**THIS MATTER** is before the Court on the parties' joint request for entry of a consent permanent injunction. Plaintiff Window Genie SPV LLC d/b/a Window Genie ("Window Genie") filed this lawsuit against Defendants MD-1, LLC and Dragan Malesevic (collectively, "Defendants") in connection with the parties' franchise agreement. The parties have resolved this action and Defendants have

agreed to the entry of a permanent injunction.  Pursuant to Rule 65 of the Federal Rules of Civil Procedure and for good cause shown:

**IT IS ORDERED:**

Defendants and their officers, owners, directors, agents, servants, and employees and all others acting in active concert or participation with them, who receive actual notice of this Consent Injunction, shall be permanently enjoined for a period of six months from the date of entry of this Order from employing or seeking to employ any person currently employed by Window Genie or by any other Window Genie franchisee, or otherwise directly or indirectly inducing or seeking to induce such person to leave his or her employment; and it is

**FURTHER ORDERED** that Defendants and their officers, owners, directors, agents, servants, and employees and all others acting in active concert or participation with them, who receive actual notice of this Consent Injunction, shall be permanently enjoined for a period of two years from the date of entry of this Order from:

    a.    either directly or indirectly soliciting or performing any residential or commercial window cleaning, pressure washing, gutter cleaning or related services or selling any products the same as or similar to those provided or sold in the Window Genie franchise system, to any entity or individual located within the following zip codes:

(1) 32003; (2) 32006; (3) 32030; (4) 32050; (5) 32065; (6) 32067; (7) 32068; (8) 32073; (9) 32223; (10) 32241; (11) 32257; (12) 32258; (13) 32259; (14) 32260; (15) 32004; (16) 32043; (17) 32058; (18) 32079; (19) 32091; (20) 32099; (21) 32202; (22) 32206; (23) 32207; (24) 32208; (25) 32209; (26) 32210; (27) 32211; (28) 32212; (29) 32220; (30) 32221; (31) 32222; (32) 32227; (33) 32229; (34) 32236; (35) 32238; (36) 32239; (37) 32244; (38) 32255; and

b. either directly or indirectly, owning, maintaining, engaging in, franchising, or having any interest in any business specializing, in whole or in part, in residential or commercial window cleaning, pressure washing, gutter cleaning or related services or selling any products the same as or similar to those provided or sold in the Window Genie franchise system to any entity or individual located within the following zip codes:

(1) 32003; (2) 32006; (3) 32030; (4) 32050; (5) 32065; (6) 32067; (7) 32068; (8) 32073; (9) 32223; (10) 32241; (11) 32257; (12) 32258; (13) 32259; (14) 32260; (15) 32004; (16) 32043; (17) 32058; (18) 32079; (19) 32091; (20) 32099; (21) 32202; (22) 32206; (23) 32207; (24) 32208; (25) 32209; (26) 32210; (27) 32211; (28) 32212; (29) 32220; (30) 32221; (31) 32222; (32) 32227; (33) 32229; (34) 32236; (35) 32238; (36) 32239; (37) 32244; (38) 32255.

**DONE AND ORDERED** in Jacksonville, Florida this 29th day of August, 2025.

MARCIA MORALES HOWARD
United States District Judge

**THE UNDERSIGNED HEREBY
CONSENT TO THE FOREGOING ORDER**

| | |
|---|---|
| **GORDON & REES LLP**<br>*Attorneys for Plaintiff*<br>*Window Genie SPV LLC* | **Lee & Amtzis, P.L.**<br>*Attorneys for Defendants*<br>*Dragan Malesevic and*<br>*MD-1, LLC* |
| By: */s/ Andrew R. Schindler*<br>      Andrew R. Schindler | By: */s/ Eric Lee*<br>      Eric Lee |

Dated: July 3, 2025