# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

WINDOW GENIE SPV LLC,
d/b/a/ WINDOW GENIE as
successor-in-interest to FOR
FRANCHISING, LLC,

    Plaintiff,

v.                                            Case No. 3:24-cv-355-MMH-PDB

MD-1, LLC and DRAGAN
MALESEVIC,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Stipulation of Voluntary Dismissal Without Prejudice and Without Costs Pursuant to Federal Rule of Civil Procedure 41(a) (Dkt. No. 44; Stipulation) filed on September 5, 2025. In the Stipulation, the parties request dismissal of this matter without prejudice and without costs. See Stipulation at 1. Accordingly, it is hereby

    **ORDERED:**

This case is **DISMISSED without prejudice and without costs**.

**DONE AND ORDERED** in Jacksonville, Florida this 8th day of September, 2025.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties